```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

OWNERS INSURANCE COMPANY,          *

    Plaintiff,                     *

vs.                                *
                                          CASE NO. 4:14-CV-290 (CDL)

NICOLE LOPEZ, DANIEL LOPEZ, and    *
GRAYHAWK HOMES, INC.,
                                  *

    Defendants.
                                    *

## O R D E R

Plaintiff filed a motion for judgment on the pleadings. But during the briefing on that motion, the parties relied upon matters outside the pleadings. Accordingly, the Court converts the motion to one for summary judgment. Plaintiff shall be permitted to file a supplemental brief, along with other materials supporting summary judgment, by June 1, 2015. Defendants shall have until June 8, 2015 to file a supplemental response brief and any additional materials in opposition to Plaintiff's motion for summary judgment. No additional replies shall be permitted.

    IT IS SO ORDERED, this 18th day of May, 2015.

                                          S/Clay D. Land
                                          CLAY D. LAND
                                          CHIEF U.S. DISTRICT COURT JUDGE
                                          MIDDLE DISTRICT OF GEORGIA